# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DION HARTSFIELD, | Case No. 2:15-cv-00736-APG-PAL |
| Plaintiff, | **ORDER ACCEPTING REPORT & RECOMMENDATION** |
| v. | ECF No. 13 |
| JOE LOMBARDO, R. SHOEMAKER, AND J. MEHALHO, | |
| Defendants. | |

On October 31, 2016, Magistrate Judge Leen entered a report and recommendation that I dismiss the complaint without prejudice because the plaintiff did not file an amended complaint as directed and the court's orders have been returned in the mail. Plaintiff Dion Hartsfield did not file an objection.

Judge Leen sets forth the proper legal analysis and factual basis for the decision. Additionally, I note that Judge Leens's report and recommendation was also returned in the mail. ECF No. 14. Plaintiff Hartsfield has failed to comply with Local Rule of Special Proceedings 2-2, which requires a pro se plaintiff in a civil rights case to immediately notify the court of any of change of address. (*Id.*) "Failure to comply with this Rule may result in dismissal of the action with prejudice." LSR 2-2.

IT IS THEREFORE ORDERED that Judge Leen's report and recommendation **(ECF No. 13) is accepted** and the complaint (ECF No. 9) is **DISMISSED without prejudice**.

DATED this 1st day of December, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE